IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY CARROLL III,<br>    Petitioner, | )<br>)<br>) |
| vs. | )   2:07cv1660<br>)   Electronic Filing |
| COURT OF COMMON PLEAS OF<br>ALLEGHENY COUNTY,<br>PENNSYLVANIA, et al.,<br>    Respondents. | )<br>)   Judge Cercone<br>)   Magistrate Judge Mitchell<br>) |

## **MEMORANDUM ORDER**

AND NOW, this 7th day of January, 2008, after the petitioner, Reverend Wesley Carroll III, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 7), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Docket No. 1) is dismissed and a certificate of appealability is denied for failure to exhaust state court remedies.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*DS Cercone*

David Stewart Cercone
United States District Judge

cc: Wesley Carroll, III
GE- 8666
SCI Waymart
Post Office Box 256
Waymart, PA 18472